IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20986
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SENEKA WILLIAMS,

                                        Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-209-1
---------------------
October 16, 2000

Before EMILIO M. GARZA, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Seneka Williams challenges his convictions and sentences for possession of cocaine and cocaine base with intent to distribute. He contends that the district court erred in denying his motions to suppress the evidence obtained during his warrantless arrest and during a search of an apartment. Williams has failed to show that the arrest was not based on probable cause. See United States v. Ramirez, 145 F.3d 345, 352 (5th Cir.), cert. denied, 525 U.S. 1046 (1998). He has also failed to show that evidence obtained in the search of the apartment was not admissible under

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the independent source doctrine.  <u>See</u> <u>United States v. Restrepo</u>, 966 F.2d 964, 968-72 (5th Cir. 1992).

Williams also asserts that the district court abused its discretion in denying his request for a reduction in sentence based upon acceptance of responsibility.  He has not shown that his challenges to the admissibility of evidence were not related to factual guilt and were in fact purely legal issues.  <u>See</u> U.S.S.G. § 3E1.1, comment. (n.2); <u>United States v. Maldonado</u>, 42 F.3d 906, 913 (5th Cir. 1995).  Williams's convictions and sentences are AFFIRMED.